Christopher A. Carr (#44444)
 ccarr@afrct.com
Kenneth A. Franklin (#143809)
 kfranklin@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764

Attorneys for Defendant
Wachovia Mortgage, a division
of Wells Fargo Bank, N.A., successor by
merger to Wachovia Mortgage, FSB f/k/a
World Savings Bank, FSB ("Wells Fargo")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA GONZALEZ,<br><br>  Plaintiff,<br>vs.<br><br>WELLS FARGO BANK, FSB, AND DOES 1 through 50,<br>  Defendants. | Case No. C11-00247 EMC<br><br>[Assigned to the Hon. Edward M. Chen, Courtroom. C]<br><br>**STIPULATION TO CONFIRM EXTENSION OF TIME TO RESPOND TO COMPLAINT** ; ORDER |

TO THE ABOVE-ENTITLED COURT:

Plaintiff Alicia Gonzalez and defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., successor by merger to Wachovia Mortgage, FSB f/k/a World Savings Bank, FSB ("Wells Fargo"), through their respective counsel of record, David G. Finkelstein, Esq. of The Law Offices of David G. Finkelstein and Kenneth A. Franklin of Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP stipulate, pursuant to Local Rule 6-1, to continue defendant Wells Fargo's deadline to respond to the complaint.

RECITALS

A. WHEREAS, plaintiff served defendant Wells Fargo with the complaint on or about December 21, 2010;

B. WHEREAS, defendant Wells Fargo removed the action to federal court on January 18, 2011; and

C. WHEREAS, defendant Wells Fargo requested and plaintiff Alicia Gonzalez granted Wells Fargo an extension of time to respond to the complaint to February 4, 2011.

NOW THE PARTIES DO STIPULATE AS FOLLOWS:

STIPULATION

Plaintiff Alicia Gonzalez and defendant Wells Fargo agree that Wells Fargo's deadline to respond to the complaint is February 4, 2011.

Dated: January 26, 2011

THE LAW OFFICES OF DAVID G. FINKELSTEIN

By: /s/ David G. Finkelstein
David G. Finkelstein, Esq.
DFinkelstein@dgflaw.com
Attorneys for Plaintiff Alicia Gonzalez

Dated: January 26, 2011

ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

By: /s/ Kenneth A. Franklin
Kenneth A. Franklin
kfranklin@afrct.com
Attorneys for Defendant
WACHOVIA MORTGAGE, a Division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB and World Savings Bank, FSB

IT IS SO ORDERED

_____
Edward M. Chen
U.S. Magistrate Judge

95451/000553/00099257-1

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

CASE NO. C11-00247 EMC
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below I served a copy of the following document described as:

**Stipulation to Extend Time to Respond to Complaint**

on all interested parties in said case addressed as follows:

**Served By The Court's CM/ECF System:**

*Attorneys for Plaintiff:*

David G. Finkelstein, Esq.
FINKELSTEIN & KAMALI, LLP
1528 S. El Camino Real, Ste. 306
San Mateo, CA  94402
dfinkelstein@dgflaw.com
Tel:  (650) 353-4503     Fax:  (650) 312-1803

☐     **BY MAIL:**  I am readily familiar with the firm's practice of collection and processing correspondence by mailing.  Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒     **FEDERAL:**  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in Pasadena, California, on January 26**,**  2011.

|  Nancy J. Peters  | */s/ Nancy J. Peters* |
|---|---|
| (Print name) | (Signature) |