David G. Finkelstein, Esq. (SBN 047791)
  dfinkelstein@dgflaw.com
Marc D. Bender, Esq. (SBN 156923)
LAW OFFICES OF DAVID G. FINKELSTEIN, P.C.
1528 S. El Camino Real, Ste. 306
San Mateo, CA  94402
dfinkelstein@dgflaw.com
Telephone:    (650) 353-4503
Facsimile:    (650) 312-1803

Attorneys for Plaintiff
ALICIA GONZALEZ


Christopher A. Carr ( SBN 44444)
  ccarr@afrct.com
Kenneth A. Franklin (SBN 143809)
  kfranklin@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764

Attorneys for Defendant
WACHOVIA MORTGAGE, a division of
WELLS FARGO BANK, N.A., f/k/a
WACHOVIA MORTGAGE, FSB, f/k/a
WORLD SAVINGS BANK("Wells Fargo")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA GONZALEZ<br><br>  Plaintiff,<br><br>  vs.<br><br>WELLS FARGO BANK, FSB AND DOES 1 through 50,<br><br>  Defendants. | Case No.:  3:11-cv-00247 TEH<br><br>[Assigned to the Honorable Thelton E. Henderson]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT; ORDER** |

TO THE CLERK AND THE HONORABLE THELTON E. HENDERSON:

Plaintiff Alicia Gonzalez ("Plaintiff") and defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank ("Wells

Fargo") present the following stipulation extending the time for Wells Fargo to respond to Plaintiff's Second Amended Complaint.

RECITALS

1. WHEREAS, Plaintiff filed her Second Amended Complaint on June 28, 2011; and

2. WHEREAS, the parties have asked for and received no extensions of time in this matter relating to the Second Amended Complaint and granting Wells Fargo an extension of time to respond to Plaintiff's Second Amended Complaint would not affect any other date or deadline in this action;

NOW THE PARTIES DO STIPULATE AS FOLLOWS:

STIPULATION

Plaintiff Alicia Gonzalez and defendant Wells Fargo agree that Wells Fargo's deadline to respond to the Second Amended Complaint is July 28, 2011.

Respectfully submitted,

Dated: July 5, 2011

LAW OFFICES OF DAVID G. FINKELSTEIN, P.C.

By: _____
Marc D. Bender
Attorneys for Plaintiff
ALICIA GONZALEZ

Dated: July ___, 2011

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

By: _____
Kenneth A. Franklin
Attorneys for Defendant
WACHOVIA MORTGAGE, a division of
WELLS FARGO BANK, N.A., f/k/a
WACHOVIA MORTGAGE, FSB, f/k/a
WORLD SAVINGS BANK

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1  Fargo") present the following stipulation extending the time for Wells Fargo to respond to
2  Plaintiff's Second Amended Complaint.

## RECITALS

1. WHEREAS, Plaintiff filed her Second Amended Complaint on June 28, 2011; and

2. WHEREAS, the parties have asked for and received no extensions of time in this matter relating to the Second Amended Complaint and granting Wells Fargo an extension of time to respond to Plaintiff's Second Amended Complaint would not affect any other date or deadline in this action;

NOW THE PARTIES DO STIPULATE AS FOLLOWS:

## STIPULATION

Plaintiff Alicia Gonzalez and defendant Wells Fargo agree that Wells Fargo's deadline to respond to the complaint is July 28, 2011.

Respectfully submitted,

Dated: July ___, 2011                LAW OFFICES OF DAVID G. FINKELSTEIN, P.C.

By:_____
David G. Finkelstein, Esq.
Attorneys for Plaintiff
ALICIA GONZALEZ

Dated: July 7, 2011                  ANGLIN, FLEWELLING, RASMUSSEN,
                                     CAMPBELL & TRYTTEN LLP

By:_____  /s/ Kenneth A. Franklin
Kenneth A. Franklin
Attorneys for Defendant
WACHOVIA MORTGAGE, a division of
WELLS FARGO BANK, N.A., f/k/a
WACHOVIA MORTGAGE, FSB, f/k/a
WORLD SAVINGS BANK

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1
2  Dated:  07/11/2011
3                                                    _____
4                                                    THE HONORABLE THELTON E. HENDERSON
                                                     UNITED STATES DISTRICT COURT JUDGE