UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA GONZALEZ<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, FSB AND DOES 1-50,<br><br>Defendant. | Case No.: 3:11-cv-00247-TEH<br><br>[Assigned to the Honorable Thelton E. Henderson, Courtroom 12]<br><br>**ORDER ON STIPULATION FOR DISMISSAL** |

The Court, having reviewed the Stipulation for Dismissal with Prejudice Pursuant to Fed. R. Civ. P., 41(a)(1)(A)(ii) filed by plaintiff Alicia Gonzalez and Defendant Wells Fargo Bank, N.A. (erroneously sued as Wells Fargo Bank, FSB), and good cause appearing:

**IT IS HEREBY ORDERED THAT:**

1. The Complaint is dismissed with prejudice.
2. Each party is to bear all of its own costs, fees and expenses.

Dated: 9/14/2011

THE HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT COURT JUDGE